**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03375-REB-MJW

TRUSTEES OF THE NATIONAL ASBESTOS WORKERS MEDICAL FUND, et al.,

    Plaintiffs,

v.

COMANCHE'S CONSTRUCTION, INC., a Colorado corporation,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO HOLD
CASE IN ABEYANCE PENDING SETTLEMENT NEGOTIATIONS**

---

**Blackburn, J.**

The matter before me is the **Unopposed Motion by Plaintiffs To Hold Case in Abeyance Pending Settlement Negotiations** [#9],[1] filed January 23, 2015. Having considered the motion and the relevant record, I agree that a brief stay to allow the parties to pursue alternate dispute resolution would promote the aims of Fed. R. Civ. P. 1 "to secure the just, speedy, and inexpensive determination of every action and proceeding."

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Unopposed Motion by Plaintiffs To Hold Case in Abeyance Pending Settlement Negotiations** [#9], filed January 23, 2015, is **GRANTED**;

    2. That this matter is **STAYED** until March 9, 2015; and

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That by March 16, 2015, plaintiffs **SHALL FILE** a notice of dismissal or, alternatively, a status report apprising the court of the status of the case.

Dated January 23, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge