# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-03375-REB-MJW

TRUSTEES OF THE NATIONAL ASBESTOS WORKERS MEDICAL FUND, et al.,

    Plaintiff,

v.

COMANCHE'S CONSTRUCTION, INC., a Colorado corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal** [#12],[1] filed March 19, 2015. After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal** [#12] filed March 19, 2015, is approved;

2. That the defendant's letter, construed as a motion for extension of time, [#7] filed December 26, 2014, is denied as moot; and

3. That this action is dismissed without prejudice with the parties to pay their own attorney fees and costs.

Dated March 20, 2015, at Denver, Colorado.

                          **BY THE COURT:**

                          Robert E. Blackburn
                          United States District Judge

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.